FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 OCT -3 PM 4: 36
CLERK J. Hody
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | MJ 116-00009 |
| ) | |
| In the Matter of the Search of: ) | |
| 347 Farmington Drive, Evans GA ) | |
| 30809 and outbuildings, vehicles ) | |
| and persons located therein or ) | |
| within the curtilage ) | |

## UNSEALING ORDER

Upon motion of the United States for an order unsealing the Search Warrant, together with any and all process issued thereunder and the motion to seal and order sealing said documents in the above-styled matter, and good cause appearing therefore, the investigation of the Defendant has concluded and will not be compromised by unsealing said documents and that such documents will be provided to counsel for the Defendant, it is,

**ORDERED** that the Government's motion is GRANTED. The Search Warrant, signed by the Court on April 21, 2016, in the above-styled matter, together with any and all process issued thereunder and the motion to seal and order sealing said documents in the above-styled matter, are hereby UNSEALED.

Order entered at Augusta, Georgia, this 3rd day of October, 2018.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA